```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STANLEY A. PUGH,                :    CIVIL ACTION
                                :    NO. 09-1572
     Plaintiff,                 :
                                :
                                :
     v.                         :
                                :
CHESTER DOWNS AND MARINA, LLC,  :
     et al.,                    :
                                :
     Defendants.                :
```

## O R D E R

**AND NOW**, this **27th** day of **July, 2009,** following a hearing on Defendants' Motions to Dismiss (doc. nos. 18 and 22), it is hereby **ORDERED** as follows:

1.  Defendant Chester Downs' and Defendant Dougherty's Motion to Dismiss (doc. no. 22) is **GRANTED,** in part, and **DENIED,** in part. It is **GRANTED** to the extent it seeks to dismiss Plaintiff's Section 1983 claims [Counts I - IV] against Defendant Dougherty. It is **DENIED** to the extent that it seeks to dismiss Plaintiff's state malicious prosecution claim [Count VI] against Defendant Dougherty.

2.  Defendant Onick's Motion to Dismiss (doc. no. 18) is **GRANTED.**

**AND IT IS SO ORDERED.**

                                            s/Eduardo C. Robreno
                                       **EDUARDO C. ROBRENO, J.**