```
                    IN THE UNITED STATES DISTRICT COURT
                  FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| STANLEY A. PUGH, | : | CIVIL ACTION |
| | : | NO. 09-1572 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CHESTER DOWNS AND MARINA, LLC, | : | |
| et al., | : | |
| | : | |
| Defendants. | : | |

## O R D E R

**AND NOW**, this **4th** day of **June 2010**, it is hereby **ORDERED** that Defendant Chester Downs and Dougherty's motion for summary judgment (doc. no. 44) is **GRANTED in part and DENIED it in part.**[1]

**AND IT IS SO ORDERED.**

        s/Eduardo C. Robreno
        **EDUARDO C. ROBRENO, J.**

---

1. The motion will be granted as to Plaintiff's intentional infliction of emotional distress claim and any claim for attorney's fees. The motion will be denied as to the battery, malicious prosecution and punitive damages claims.

1